OLIVE ARMS, Respondent, *v.* WM. D. ARMS, as Executor, etc., Appellant.

(Argued March 22, 1889; decided April 16, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made January 10, 1888, which affirmed a judgment in favor of plaintiff, entered upon a verdict.

This action was upon a promissory note. The only question of importance presented here was as to whether the trial court should have submitted to the jury to decide upon the genuineness of the note sued upon, which said court declined to do. The court here held that the evidence did not require such a submission.

*Watson M. Rogers* for appellant.

*Levi H. Brown* for respondent.

PECKHAM, J., reads for affirmance.
All concur.
Judgment affirmed.

---

EDITH STORM et al., Respondents, *v.* THOMAS STORM et al., as Executors, etc., Appellants.

(Submitted March 26, 1889; decided April 16, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made December 31, 1886, which affirmed a judgment in favor of plaintiffs, entered upon a decision of the court on trial at Special Term.

*William A. Boyd* and *Fred. W. Diehl* for appellants.

*Theodore W. Dwight* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.